**Tod JACK, Plaintiff–Appellant,**

**v.**

**Jesse PANUCCIO, Executive Director, Reemployment Assistance Program, Defendant–Appellee.**

**No. 15–1509.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 27, 2015.

Tod Jack, Appellant Pro Se.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tod Jack appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B)(ii) (2012) his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jack v. Panuccio,* 2:15–cv–00102–MSD–LRL (E.D.Va. filed on Apr. 16 & entered on Apr. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*